UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELLOR WADE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,<br><br>    Defendants - Appellees. | No.  05-15653<br>D.C. No. CV-02-01472-GEB CMK<br><br><br>**ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith     [  ]

Explanation: _____

_____

_____

_____

_[signature]_
Judge
United States District Court

Date: 5-4-05